Jack Donald BAXTER, Petitioner–
Appellant,

v.

Cole JETER, Warden, Federal Medical
Center Fort Worth, Respondent–
Appellee.

No. 05–10140.

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 23, 2006.

Jack Donald Baxter, Fort Worth, TX,
pro se.

. Before GARZA, DENNIS, and PRADO,
Circuit Judges.

PER CURIAM: *

Jack Donald Baxter, federal prisoner
# 03659–078, was convicted in 1992 of conspiracy to possess with intent to distribute amphetamine and sentenced to 240 months in prison. He appeals the district court's dismissal of his 28 U.S.C. § 2241 petition, arguing that his sentence was illegal because it was based on facts not submitted to the jury and proved beyond a reasonable doubt in violation of *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and *Blakely v. Washington*, 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004). He argues that his claims should be allowed to proceed under the savings clause of 28 U.S.C. § 2255.

Baxter's argument is unavailing in light of this court's decision in *Padilla v. United States*, 416 F.3d 424, 426–27 (5th Cir.2005).

AFFIRMED.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.